# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                   Case No. 15-20723
                                             Hon. Matthew F. Leitman

v

D-1, JORGE AZAR,

      Defendant.

_____/

## ORDER TO ADMIT INTERPRETER TO ATTORNEY-CLIENT VISIT

The case having come before the Court on Defendant's Ex Parte motion to allow a Spanish language interpreter to accompany defense counsel to attorney-client visits with Defendant Jorge Azar, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that a Spanish language interpreter be permitted to accompany John Minock, attorney for Jorge Azar, to attorney-client visits with Mr. Azar at the Federal Detention Center in Milan, Michigan.

                                             /s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: December 10, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 10, 2015, by electronic means and/or ordinary mail.

                                                           s/Holly A. Monda
                                                           Case Manager
                                                           (313) 234-5113

2:15-cr-20723-MFL-APP   Doc # 31   Filed 12/10/15   Pg 2 of 2   Pg ID 134