UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                  Case No.  15-20723
                                          Hon.  Matthew F. Leitman

v

D-1, JORGE AZAR,

       Defendant.
_____/

## ORDER GRANTING EX PARTE MOTION FOR EXPERT SERVICES

The case having come before the Court on Defendant's Ex Parte motion for private investigator services, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that defense counsel is authorized to retain the services of a private investigator up to the amount of $2,400.00.

**IT IS FURTHER ORDERED** that the investigator is authorized to submit vouchers for interim payments for those services.

                                          /s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  March 21, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2016, by electronic means and/or ordinary mail.

                                                   s/Holly A. Monda
                                                   Case Manager
                                                   (313) 234-5113

2:15-cr-20723-MFL-APP   Doc # 75   Filed 03/21/16   Pg 2 of 2   Pg ID 526