UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D3, RODNEY MORET-QUEZADA,

    Defendant.

Case No. 15-20723
Hon. Matthew F. Leitman

_____/

### ORDER GRANTING THE GOVERNMENT'S MOTION FOR RECONSIDERATION (ECF #144) AND DENYING DEFENDANT RODNEY MORET-QUEZADA'S MOTION IN LIMINE TO SUPPRESS MAPS REPORTS (ECF #102)

On July 27, 2016, Defendant Rodney Moret-Quezada filed a Motion in Limine to Suppress MAPS Reports (the "Motion in Limine"). (ECF #102.) By order dated December 8, 2016, the Court granted the Motion in Limine. (*See* ECF #139.) On December 22, 2016, the United States of America filed a Motion for Reconsideration. (*See* ECF #144.) The Court held a hearing on the Motion for Reconsideration on February 9, 2017.

For the reasons stated on the record at the February 9, 2017 hearing, it is **HEREBY ORDERED** that the Motion for Reconsideration is **GRANTED**, the Motion in Limine is **DENIED,** and the Court will allow the admission of the MAPS Reports. When the Court admits the MAPS Reports, it will give a limiting

1

instruction concerning the jury's consideration of those reports. The Court currently intends to give the limiting instruction that the Court read into the record during the February 9, 2017, hearing. However, prior to trial, defense counsel may submit proposed changes to the limiting instruction, and the Court will consider such proposals, if any.

    **IT IS SO ORDERED.**

                               s/Matthew F. Leitman
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated: February 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 10, 2017, by electronic means and/or ordinary mail.

                               s/Holly A. Monda
                               Case Manager
                               (313) 234-5113